United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTI MEDIA, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>CHATURBATE.TO,<br><br>        Defendant. | Case No.17-cv-00301-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the Court's July 28, 2017 order denying Plaintiff's motion for alternate service, the Case Management Conference currently scheduled for August 16, 2017 is CONTINUED to November 15, 2017 at 2:00 p.m. An updated Joint Case Management Statement is due November 6, 2017 by 5:00 p.m.

IT IS SO ORDERED.

Dated: August 4, 2017

                                              JON S. TIGAR
                                     United States District Judge